The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEVIN BENEDICT,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK RICCO, and CAROL MYERS,<br><br>Defendants. | No.  2:12-CV-02192-RSL<br><br>**ORDER GRANTING DEFENDANTS' JOINT MOTION TO DISMISS FOR LACK OF DIVERSITY JURISDICTION**<br><br>**(Clerk's Action Required)**<br><br>NOTE ON MOTION CALENDAR:<br><br>**APRIL 12, 2013** |

THIS MATTER having come on for hearing before the undersigned Judge of the above-entitled Court on the Motion of defendants Carole Myers and Frank Ricco to dismiss for lack of diversity jurisdiction.  The Court, having considered the following:

1. Defendants' Joint Motion to Dismiss for Lack of Diversity Jurisdiction;

2. The Declaration of Carole Myers in Support of Defendants'  Joint Motion to Dismiss for Lack of Diversity Jurisdiction and its attachments;

3. The Declaration of Frank Ricco in Support of Defendants' Joint Motion to Dismiss for Lack of Diversity Jurisdiction and its attachments; and

ORDER GRANTING DEFENDANTS' JOINT MOTION TO DISMISS
FOR LACK OF DIVERSITY JURISDICTION  - 1

**HOLLENBECK, LANCASTER, MILLER & ANDREWS**
15500 SE 30th Place, Suite 201
Bellevue, WA 98007
(425) 644-4440
FAX (425) 747-8338
Employees of the Farmers Insurance Exchange, a Member of the
Farmers Insurance Group of Companies.

4. The pleadings and filings in this cause;

This Court finds good cause to grant the following relief.

Therefore, IT IS HEREBY ORDERED that:

1. Defendants' Joint Motion to Dismiss for Lack of Diversity Jurisdiction is hereby GRANTED.

2. Plaintiff's claims against defendants Carole Myers and Frank Ricco are hereby DISMISSED without prejudice to re-file in an appropriate jurisdiction.

DATED: April 25th, 2013

_____
The Honorable Robert S. Lasnik

ORDER GRANTING DEFENDANTS' JOINT MOTION TO DISMISS
FOR LACK OF DIVERSITY JURISDICTION  - 2

**HOLLENBECK, LANCASTER, MILLER & ANDREWS**
15500 SE 30th Place, Suite 201
Bellevue, WA 98007
(425) 644-4440
FAX (425) 747-8338
Employees of the Farmers Insurance Exchange, a Member of the
Farmers Insurance Group of Companies.